# United States District Court

_Eastern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

V.

_Kristin Elliott-Loya_
Defendant

**FILED**
DEC 01 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 1:08-mj-00283-SMS

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _Courtroom #10_
_Judge Austin_ on _Dec. 5, 2008 1:30 pm_
                         Date and Time                                              Place

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

_Defendant is to be Released only to WestCare Reps. on Mon. Dec. 1, 2008 at ~~10:00 am~~ 1:00 pm (time changed by Minute Order #6 - copy attached)_

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES



Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:

Name of person or organization  __Westcare California, Inc.__

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Brandi Duncan_
CUSTODIAN OR PROXY

(X) (7) The defendant shall:
- ( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO, upon request.
- (X) (b) __YOU SHALL BE RELEASED FROM THE FRESNO COUNTY JAIL ON MONDAY, DECEMBER 1, 2008, @ 10:00 A.M., DIRECTLY TO WESTCARE STAFF FOR IMMEDIATE TRANSPORTATION TO WESTCARE.__
- (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel: __Reside at and participate in the Westcare California residential treatment program, as directed by program staff and Pretrial Services; travel restricted to the Fresno County, unless otherwise approved in advance by PSO.__
- (X) (d) __avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Irma Sandoval, Mindy Gamino, or any employees of the West America Bank of Firebaugh, unless in the presence of counsel or otherwise approved in advance by the PSO.__
- (X) (e) report on a regular basis to the following agency: __Pretrial Services and comply with their rules and regulations.__
- (X) (f) __report any prescriptions to the PSO within 48 hours of receipt.__
- (X) (g) __submit to drug and/or alcohol testing as directed by the PSO.__
- (X) (h) __refrain from ANY use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.__ *However, medical marijuana, prescribed or not, may not be used.*
- (X) (i) __undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, and pay for costs as approved by the PSO.__
- (X) (j) __executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: You shall be released on a $5,000 cash bond, posted by Abraham Loya.__
- (X) (k) __should you secure employment, you shall reimburse the Pretrial Services Agency for the cost of your residential placement, as directed by the PSO.__
- ( ) (l) execute a bail bond with solvent sureties in the amount of $
- ( ) (m) return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s):
- ( ) (n) surrender any passport to the Clerk, United States District Court.
- ( ) (o) obtain no passport during the pendency of this case.
- ( ) (p) report in person to the Pretrial Services Agency on the first working day following your release from custody.
- ( ) (q) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)


## Other Orders/Judgments
1:08-mj-00283-SMS USA v. Elliott-Loya

### U.S. District Court

### Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 11/26/2008 at 6:01 PM PST and filed on 11/26/2008
**Case Name:**      USA v. Elliott-Loya
**Case Number:**    1:08-mj-283
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**MINUTE ORDER \*\*\*TEXT Only\*\*\*: the Court was advised late Wednesday, 11/26/08, afternoon that the party who's to post the $5,000 cash bond for defendant's release, has run into a problem cashing a check and will not make it to the Courthouse prior to our closing time of 4:00pm, and shall be here on Monday, Dec. 1, 2008. Minutes [5] of Detention Hearing as to defendant Kristin Elliott-Loya had instructed West Care to pick defendant up from jail on Monday, Dec. 1, 2008 by 10:00am - that is now not possible. SO the court hereby modifies the Release 'time' to 1:00pm on Dec. 1, 2008 - defendant shall be released to West Care rep at 1:00pm on Monday, Dec. 1, 2008. signed by Judge Sandra M. Snyder on 11/26/2008. (Herman, H)**

1:08-mj-283-1 Electronically filed documents will be served electronically to:

1:08-mj-283-1 Electronically filed documents must be served conventionally by the filer to:

11/24/08 Elliott Loya
Case 1:08-mj-00283-SMS   Document 7   Filed 12/01/08   Page 4 of 4
AO 199C (Rev. 4/91) Advice of Penalties... 1-08m283    Page 4 of 4 Pages
SMS

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
~~Address~~

_____
~~Telephone~~

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 12/1/08

_____
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer